William S. McCotter v. Ralph Stout, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Hamilton H. Salmon and Others v. William A. Ballance.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Herbert Vandyke v. James N. Webb, as Sole Surviving Executor, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Pavlowa Ballet, Incorporated, v. Ben H. Atwell and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Hannah Sullivan v. Thomas Rosson, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Nathaniel L. Carpenter and Others v. Frederick A. Heinze, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Paul Ozut v. Pietrowski & Konoyp Company.— Application denied, with ten dollars costs. Order signed. Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Solomon Shapiro Manufacturing Company v. Jacob Blasberg.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Aaron Buxbaum v. South Brooklyn Railway Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Abraham Jacobs v. David A. Doyle.—Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Elizabeth Fisher, as Executrix, etc., v. New York, New Haven and Hartford Railroad Company.— Application denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Timothy J. Murphy v. Harrison Granite Company.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Hannah Reichardt v. Max Raymond and Others.— Application denied, with ten dollars costs. Order signed. Motion denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.